IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST MEDICAL INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1600-MN |
| | ) | |
| ELEKTA AB, ELEKTA HOLDINGS U.S., INC., | ) | |
| ELEKTA INC., ELEKTA LTD., and | ) | |
| IMPAC MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ELEKTA AB'S AND ELEKTA LTD.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Defendants Elekta AB and Elekta Ltd. hereby respectfully move to dismiss for lack of personal jurisdiction. The grounds for this motion are fully set forth in the accompanying opening brief and supporting declarations.

ASHBY & GEDDES

*Of Counsel:*

*/s/ Steven J. Balick*

Ronald S. Lemieux
Tamara D. Fraizer
Vid R. Bhakar
Squire Patton Boggs (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
650-856-6500

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants*

Theresa A. Rakocy
Squire Patton Boggs (US) LLP
4900 Key Tower 127 Public Square
Cleveland, OH 44114
216-479-8500

Dated: February 6, 2019

{01415423;v1 }