# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE 19801-3046
T 302 552 4200
F 302 552 4295
www.bipc.com

July 26, 2019

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801

    Re: **Best Medical International, Inc. v. Elekta, Inc., et. al.**
         **Case No. 18-1600-MN**

Dear Judge Noreika:

    I am writing jointly on behalf of all parties in response to the Court's July 23, 2019 order (D.I. 52) in the above action. Specifically, Your Honor requested that the parties confer and submit a joint letter advising: (i) whether they consent to the transfer of the claims against Elekta Limited to the Northern District of Georgia; and (ii) whether they further consent to Elekta Limited's pending motion to dismiss for lack of personal jurisdiction being addressed by the Georgia Court.

    The parties have conferred, and the answer to both of the Court's questions is yes.

    If Your Honor has questions, or requires any further information, counsel will make themselves available at the Court's convenience.

    Respectfully submitted,

    */s/ Geoffrey G. Grivner*

    Geoffrey G. Grivner (#4711)

cc: All Counsel of Record (via CM/ECF)