IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> ELEKTA INC. and ELEKTA LIMITED, <br><br> Defendants. | Case No.: 1:19-cv-03409-MLB |

**JOINT MOTION AND STIPULATION FOR
EXTENSION OF TIME REGARDING CONTENTIONS AND ELEKTA
INC.'S DEADLINE TO ANSWER THE AMENDED COMPLAINT**

Plaintiff Best Medical International, Inc. ("Best") and Defendants Elekta Inc. and Elekta Limited ("Defendants") (collectively, "the Parties"), hereby stipulate to and move jointly for an extension of time for Best to serve its Infringement Contentions and the Defendants to serve their Non-Infringement and Invalidity Contentions, as well as an extension of time for Defendant Elekta Inc. to file and serve its Answer to the Amended Complaint.

On July 29, 2019, this case was transferred from the District of Delaware to the Northern District of Georgia. A Scheduling Order (D.I. 47) was entered by the Delaware Court on July 17, 2019, before the case was transferred to this Court.

Under the Scheduling Order, the deadline for Best to serve its Infringement Contentions is August 19, 2019, and the deadline for the Defendants to serve their Invalidity Contentions is October 3, 2019. Under Northern District of Georgia Local Patent Rules, the Defendants' deadline to serve their Non-infringement Contentions is September 18, 2019 (30 days from the service of Plaintiff's Infringement Contentions). Further, on July 23, 2019, the Delaware Court entered an Order (D.I. 52) denying Elekta Inc.'s motion to dismiss under FRCP 12(b)(3). Therefore, an Answer to the Amended Complaint is now due from Elekta Inc.[1]

Given the time required to work out access to source code and to allow sufficient time for drafting its contentions, Best requests a short (eleven-day) extension of time for serving its infringement contentions, and the parties request concomitant extensions of the deadlines for the non-infringement and invalidity contentions. In addition, Elekta Inc. requests that the deadline for it to answer the Amended Complaint be set for Friday, August 16, 2019.

WHEREFORE, the Parties hereby stipulate to an extension of time as shown in the table below, and respectfully request the Court's entry of an order extending such dates.

---

[1] Defendant Elekta Limited has filed a motion to dismiss under FRCP 12(b)(2) for lack of personal jurisdiction (D.I. 17), which currently pending before this Court.

| Activity | Current Deadline | Stipulated Extended Deadline |
|---|---|---|
| Plaintiff serve Infringement Contentions pursuant to LPR 4.4(a) | August 19, 2019 | August 30, 2019 |
| Defendants serve Non-Infringement Contentions per LPR 4.4(b) | September 18, 2019 | September 27, 2019 |
| Defendants serve Invalidity Contentions per LPR 4.4(b) | October 3, 2019 | October 14, 2019 |
| Elekta Inc.'s Answer to Amended Complaint |  | August 16, 2019 |

A proposed Order is attached hereto.

Respectfully submitted this 15th day of August 2019.

/s/ *John W. Harbin*
John W. Harbin
Georgia State Bar No. 324130
MEUNIER CARLIN & CURFMAN, LLC
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
*jharbin@mcciplaw.com*

/s/ *Tamara Fraizer, by JWH with permission*
Petrina A. McDaniel
Georgia Bar No. 141301
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Telephone: (678) 272-3224
*Petrina.mcdaniel@squirepb.com*

3

| | |
|---|---|
| Philip L. Hirschhorn (pro hac vice) | Ronald S. Lemieux (pro hac vice) |
| Kimberly E. Coghill (pro hac vice) | Vida Ratna Bhakar (pro hac vice) |
| Jason P. Camillo (pro hac vice) | Christopher William Adams (pro hac vice) |
| Erin M. Dunston (pro hac vice) | Tamara Fraizer (pro hac vice) |
| Anand Mohan (pro hac vice) | Theresa A. Rakocy (pro hac vice) |
| BUCHANAN INGERSOLL & ROONEY PC | SQUIRE PATTON BOGGS (US) LLP |
| 640 Fifth Avenue, 9th Floor | 1801 Page Mill Road |
| New York, NY 10019 | Palo Alto, CA 94304 |
| Telephone: (212) 440-4400 | Telephone: (650) 843-3330 |
| *Philip.hirschhorn@bipc.com* | *Ronald.lemieux@squirepb.com* |
| *Kimberly.coghill@bipc.com* | *Vid.bhakar@squirepb.com* |
| *Jason.camillo@bipc.com* | *Christopher.adams@squirepb.com* |
| *Erin.dunston@bipc.com* | *Tamara.frazier@squirepb.com* |
| *Anand.mohan@bipc.com* | *Theresa.rakocy@squirepb.com* |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Elekta Inc. and* |
| *Best Medical International, Inc.* | *Elekta Limited* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> ELEKTA INC. and ELEKTA LIMITED, <br><br> Defendants. | Case No.: 1:19-cv-03409-MLB |

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME REGARDING CONTENTIONS AND ELEKTA INC.'S DEADLINE TO ANSWER THE AMENDED COMPLAINT** complies with the font and point selections approved by the Court in L.R. 5.1B. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

Dated this 15th day of August 2019.

                                                     /s/ *John W. Harbin*
                                                   John W. Harbin

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 15th day of August 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: August 15, 2019

/s/ *John W. Harbin*
John W. Harbin