# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., | |
| Plaintiff, | |
| v. | Case No.: 1:19-cv-03409-MLB |
| ELEKTA INC. and ELEKTA LIMITED, | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME REGARDING CONTENTIONS AND ELEKTA INC.'S DEADLINE TO ANSWER THE AMENDED COMPLAINT

This matter is before the Court on a Joint Motion and Stipulation ("Stipulated Motion") for Extension of Time regarding Contentions and Elekta Inc.'s Deadline to Answer the Amended Complaint in this case. Having considered the Stipulated Motion, and for other good cause shown, IT IS HEREBY ORDERED that the following deadlines are extended and set as shown in the below table.

| Activity | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff serve Infringement Contentions pursuant to LPR 4.4(a) | August 19, 2019 | August 30, 2019 |
| Defendants serve Non-Infringement Contentions per LPR 4.4(b) | September 18, 2019 | September 27, 2019 |
| Defendants serve Invalidity Contentions per LPR 4.4(b) | October 3, 2019 | October 14, 2019 |
| Elekta Inc.'s Answer to Amended Complaint | | August 16, 2019 |

SO ORDERED this 15th day of August, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE