# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ELEKTA INC. AND ELEKTA LIMITED, <br><br> *Defendants*. | Civil Action No.: 1:19-cv-03409-MLB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF
## PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOs. 1-10)

The undersigned hereby certifies that, on this 18th day of October 2019, Plaintiff served the following discovery request to Defendants Elekta Inc. and Elekta Ltd.:

1. Plaintiff's First Set of Interrogatories (Nos. 1-10)

through its counsel, via email, to the following addresses:

Petrina A. McDaniel
*Petrina.mcdaniel@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Telephone: (678) 272-3224

1

Ronald S. Lemieux (pro hac vice)
*Ronald.lemieux@squirepb.com*
Tamara Fraizer (pro hac vice)
*Tamara.fraizer@squirepb.com*
Vidya Ratna Bhakar (pro hac vice)
*Vid.bhakar@squirepb.com*
Christopher William Adams (pro hac vice)
*Christopher.adams@squirepb.com*
Theresa A. Rakocy (pro hac vice)
*Theresa.rakocy@squirepb.com*

SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-3330


Date: October 18, 2019             /s/ John W. Harbin
                                   John W. Harbin
                                   Georgia State Bar No. 324130
                                   MEUNIER CARLIN & CURFMAN LLC
                                   999 Peachtree Street NE
                                   Suite 1300
                                   Atlanta, GA  30309
                                   Telephone: (404) 645-7700
                                   *jharbin@mcciplaw.com*

                                   Philip L. Hirschhorn (pro hac vice)
                                   Jennifer Liu (pro hac vice pending)
                                   BUCHANAN INGERSOLL & ROONEY PC
                                   640 Fifth Avenue, 9th Floor
                                   New York, NY  10019
                                   Telephone:  (212) 440-4400
                                   *Philip.hirschhorn@bipc.com*
                                   *Jennifer.liu@bipc.com*

Erin M. Dunston (pro hac vice)
Kimberly E. Coghill (pro hac pending)
Anand Mohan (pro hac vice)
BUCHANAN INGERSOLL & ROONEY PC
1737 KING STREET, SUITE 500
ALEXANDRIA, VA 22314
(703) 836-6620
*Erin.dunston@bipc.com*
*Kimberly.coghill@bipc.com*
*Anand.mohan@bipc.com*

Jason P. Camillo (pro hac vice)
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800
Jason.camillo@bipc.com

*Attorneys for Plaintiff*
*Best Medical International, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Date: October 18, 2019          /s/ John W. Harbin
                                John W. Harbin