# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELEKTA, INC. AND ELEKTA LIMITED, <br><br> Defendants. | Civil Action No.: 1:19-cv-03409-MLB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF DISCOVERY

Pursuant to LR Civ. 5.4, Defendants Elekta, Inc. and Elekta Limited

("Defendants"), by and through the undersigned counsel, hereby notifies the

Court that on November 22, 2019, Defendants served the following discovery to

Plaintiff, through its counsel, via email:

1. Elekta, Inc. And Elekta Limited's Proposed Claim Terms and Preliminary Constructions (LPR 6.1, 6.2).

Respectfully submitted this 25th day of November, 2019.

/s/ Tamara D. Fraizer
Petrina A. McDaniel
Georgia Bar No. 141301
petrina.mcdaniel@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE
Suite 1700
Atlanta, GA  30309
Telephone:  (678) 272-3224

Ronald S. Lemieux *(Admitted Pro Hac Vice)*
ronald.lemieux@squirepb.com
Tamara D. Fraizer *(Admitted Pro Hac Vice)*
tamara.fraizer@squirepb.com
Vid R. Bhakar *(Admitted Pro Hac Vice)*
vid.bahkar@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1043
Telephone:  (650) 956-6500

Christopher W. Adams *(Admitted Pro Hac Vice)*
*christopher.adams@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone:  (202) 457-6326

Theresa Rakocy *(Admitted Pro Hac Vice)*
theresa.rakocy@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower 127 Public Square
Cleveland, OH  44114
Telephone:  (216) 479-8500

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system to all counsel of record.

/s/ Tamara D. Fraizer

Tamara D. Fraizer

010-8890-2018/1/AMERICAS