AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Best Medical International, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cv-03409-MLB |
| Eleckta, Inc. and Electa Limited | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Best Medical International, Inc.

Date: 03/27/2020

/ Brannon McKay /
*Attorney's signature*

Brannon McKay, Ga. Bar. No. 558603
*Printed name and bar number*

Clayton, McKay & Bailey, PC
800 Battery Ave., Suite 100
Atlanta, GA 30339
*Address*

brannon@cmblaw.com
*E-mail address*

(404) 414-8633
*Telephone number*

(404) 740-0670
*FAX number*