# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ELEKTA, INC. AND ELEKTA LIMITED, <br><br> *Defendants*. | Civil Action No.: <br> 1:19-cv-03409-MLB <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.1(E)(2) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, substitute and withdrawing counsel submit this Certificate of Consent to certify that they and the client have consented to the withdrawal of John W. Harbin and Warren J. Thomas of the law firm of Meunier Carlin & Curfman, LLC and Philip L. Hirschhorn, Erin M. Dunston and Jason P. Camillo of the law firm of Buchanan Ingersoll & Rooney PC as counsel of record for Plaintiff, Best Medical International, Inc. ("Best"). Best shall be represented by Brannon McKay of the law firm Clayton, McKay & Bailey, PC, who has appeared in this action. Accordingly, the Plaintiff requests that the Court enter the proposed Order Allowing Withdrawal of Counsel filed concurrently herewith.

Consistent with Rule 83.1(E)(2) of the Civil Local Rules of Practice, the following hereby certify that they consent to the withdrawal of John W. Harbin and Warren J. Thomas of the law firm of Meunier Carlin & Curfman, LLC and Philip L. Hirschhorn, Erin M. Dunston and Jason P. Camillo of the law firm of Buchanan Ingersoll & Rooney PC:

Dated: April 2, 2020

Respectfully submitted,

BEST MEDICAL INTERNATIONAL, INC.
By: _____
Print: Krishnan Suthanthiran
Title: President

_____
Brannon C. McKay
Georgia Bar Number 558603
CLAYTON, MCKAY & BAILEY P.C.
800 Battery Ave, Suite 100
Atlanta, GA 30339
Tel. 404-414-8633
Fax. 404-704-0670
brannon@cmblaw.com

s/ John W. Harbin (w/express permission)
John W. Harbin
Georgia State Bar No. 324130
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE

s/ Warren J. Thomas (w/express permission)
Warren J. Thomas
Georgia State Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 645-7700
wthomas@mcciplaw.com

s/ Erin M. Dunston (w/express permission)
Erin M. Dunston (pro hac)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Tel: (703) 838-6514

Atlanta, GA 30309
Tel: (404) 645-7700
jharbin@mcciplaw.com

s/ Jason P. Camillo (w/express permission)
Jason P. Camillo (pro hac)
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 392-1696
jason.camillo@bipc.com

Fax: (703) 836-2021
erin.dunston@bipc.com

s/ Philip L. Hirschhorn (w/express permission)
Philip L. Hirschhorn (pro hac)
BUCHANAN INGERSOLL & ROONEY PC
640 Fifth Avenue, 9th Floor
New York, New York 10019-6102
Tel: (212) 440-4470
Fax: (212) 440-4401
philip.hirschhorn@bipc.com

*Counsel for Plaintiff*
*Best Medical International, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned counsel certifies that the foregoing brief has been prepared in Times New Roman, 14 point, one of the four fonts and points approved by the Court in L.R. 5.1(C).

/s/ Brannon McKay
Brannon McKay

## CERTIFICATE OF SERVICE

I certify that on April 2, 2020, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF Systems, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

Dated: April 2, 2020          CLAYTON, MCKAY & BAILEY P.C.

Brannon C. McKay
Georgia Bar Number 558603
800 Battery Ave, Suite 100
Atlanta, GA 30339
Tel. 404-414-8633
Fax. 404-704-0670
brannon@cmblaw.com