# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BEST MEDICAL INTERNATIONAL, INC.,

    *Plaintiff*,

v.

ELEKTA, INC. AND ELEKTA LIMITED,

    *Defendants*.

Civil Action No.: 1:19-cv-03409-MLB

## (PROPOSED) STIPULATION AND ORDER

WHEREAS, this matter was transferred to this Court by the District of Delaware on or about July 29, 2019 (Dkt. 54);

WHEREAS, the parties have been operating under the Scheduling Order (Dkt. 47) ordered by the District of Delaware and in conformity with the local rules of the District of Delaware, and as amended by this Court on March 19, 2020 (Dkt. 109) (collectively "Scheduling Order");

WHEREAS, the Court has not yet held a case management conference to discuss and/or amend the Scheduling Order originated by the District of Delaware, including the scheduling of the Pretrial Conference or Trial of this action;

WHEREAS, the parties have conferred regarding extensions to the case schedule in the above-captioned action in light of, *inter alia*, substitution of new counsel for Plaintiff, COVID-19 concerns, and the timing and sequence of discovery;

WHEREAS, subject to the approval of the Court, the parties have agreed to extend deadlines in the Scheduling Order as set forth below:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order (Dkt. 47, as amended by Dkt. 109) is amended as follows:

1. The date for substantial completion of document production, currently scheduled for June 1, 2020 (Dkt. 109) shall be extended to August 3, 2020;

2. The Pretrial Conference currently scheduled for August 16, 2021 in Scheduling Order (Dkt. 47, ¶ 18) is vacated and shall be moved to _____ or [at a date to be determined later by the Court.];

3. The Trial currently scheduled for August 23, 2021-September 10, 2021 in Scheduling Order (Dkt. 47, ¶ 20) is vacated and shall be moved to _____ or [at a date to be determined later by the Court.];

4. The parties shall meet and confer and submit a proposed Amended Scheduling Order within 45 days from the date of this Order.

/s/    Brannon McKay
Brannon C. McKay
Georgia Bar No. 558603
CLAYTON, MCKAY & BAILEY P.C.
800 Battery Ave. SE, Suite 100
Atlanta, Ga 30339
Tel. 404-414-8633
brannon@cmblaw.com

Anthony H. Son (admitted *pro hac vice*)
Steven A. Maddox (admitted *pro hac vice*)
Jeremy J. Edwards (admitted *pro hac vice*)
Kaveh V. Saba (admitted *pro hac vice*)
Matthew C. Ruedy (admitted *pro hac vice*)
MADDOX EDWARDS PLLC
1900 K Street, N.W., Suite 725
Washington, D.C. 20006
Telephone: (202) 830-0707
ason@meiplaw.com
smaddox@meiplaw.com
jedwards@meiplaw.com
ksaba@meiplaw.com
mruedy@meiplaw.com

*Attorneys for Plaintiff*


 /s/
Petrina A. McDaniel
Georgia Bar No. 141301
petrina.mcdaniel@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
Telephone: (678) 272-3224
Facsimile: (678) 272-3211

<mark>
<mark>
<mark>
<mark>
</mark></mark></mark></mark>

Ronald S. Lemieux *(Admitted Pro Hac Vice)*
ronald.lemieux@squirepb.com
Tamara D. Fraizer *(Admitted Pro Hac Vice)*
tamara.fraizer@squirepb.com
Vid R. Bhakar *(Admitted Pro Hac Vice)*
vid.bhakar@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1043
Telephone: (650) 956-6500
Facsimile: (650) 843-8777

Christopher W. Adams *(Admitted Pro Hac Vice)*
christopher.adams@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457-6326

Theresa Rakocy *(Admitted Pro Hac Vice)*
theresa.rakocy@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500

*Attorneys for Defendants*


So ORDERED this \_\_\_th day of May, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE