# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELEKTA, INC. and ELEKTA LIMITED, <br><br> Defendants. | Civil Action No. 1:19-cv-03409-MLB <br><br> JURY TRIAL DEMANDED |

## JOINT REQUEST TO RETAIN JURISDICTION AND FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Best Medical International, Inc. and Defendants Elekta, Inc. and Elekta Limited, by and through their undersigned counsel of record, submit this Joint Request to Retain Jurisdiction and for Dismissal with Prejudice of all claims and counterclaims in the pending action between them.

Pursuant to a Confidential Settlement Agreement, this Joint Request to Retain Jurisdiction and for Dismissal with Prejudice is expressly conditioned upon the Parties' joint request, and the Court's agreement and entry of an Order, that the Court retain jurisdiction over the Parties and the Confidential Settlement Agreement for purposes of enforcing any disputes arising from the Confidential Settlement

1

Agreement. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), the Parties respectfully request that the Court enter an Order first retaining jurisdiction over the Parties and the enforcement of the Confidential Settlement Agreement and then dismissing all claims and counterclaims pending against any Party with prejudice.

IT IS THEREFORE STIPULATED THAT:

In matter No. 1:19-cv-03409-MLB, upon the Court's agreement and Order to retain jurisdiction over the Parties and the Confidential Settlement Agreement for the purpose of enforcing the Agreement and any dispute arising therefrom, the Parties hereby request the dismissal of all claims and counterclaims pending between them with prejudice with each Party to bear its own attorneys' fees, expenses, and costs.

Dated: November 15, 2022

| | |
|---|---|
| By: */s/ Scott P. Amy* <br> Scott P. Amy <br> Georgia Bar. No. 141416 <br> s.amy@thip.law <br> Andrea N. Bonner <br> Georgia Bar. No. 306931 <br> a.bonner@thip.law <br> Thomas \| Horstemeyer LLP <br> 3200 Windy Hill Rd. SE <br> Suite 1600E <br> Atlanta, Georgia 30339 <br> Phone: (770) 933-9500 <br> Fax: (770) 951-0933 | By: */s/ Ronald S. Lemieux* <br> Petrina A. McDaniel <br> Georgia Bar No. 141301 <br> petrina.mcdaniel@squirepb.com <br> SQUIRE PATTON BOGGS (US) LLP <br> 1230 Peachtree Street NE <br> Suite 1700 <br> Atlanta, GA  30309 <br> Telephone:  (678) 272-3224 <br> Facsimile:  (678) 272-3211 |

<u>Of Counsel:</u>
Barry J. Coyne
BCoyne@webblaw.com
Kent E. Baldauf Jr.
KBaldaufJr@webblaw.com
Bryan P. Clark
BClark@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 471-8815
Facsimile:  (412) 471-4094 |

*Attorneys for Plaintiff*

Ronald S. Lemieux *(Admitted Pro Hac Vice)*
ronald.lemieux@squirepb.com
Tamara D. Fraizer *(Admitted Pro Hac Vice)*
tamara.fraizer@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1043
Telephone:  (650) 956-6500
Facsimile:  (650) 843-8777

Christopher W. Adams *(Admitted Pro Hac Vice)*
christopher.adams@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone:  (202) 457-6326

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the **JOINT REQUEST TO RETAIN JURISDICTION AND FOR DISMISSAL WITH PREJUDICE** to all counsel of record via the Court's CM/ECF system.

This 15th day of November, 2022.

                                      */s/ Scott P. Amy*
                                      Scott P. Amy